# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
**2500 Tulare Street**
**Fresno, CA 93721**



**FILED**

JUL 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk, USDC
Southern District of CA
880 Front Street
San Diego, CA 92101–8900

**'08 CV 1506 W JMA**

| | |
|---|---|
| **RE:** | **NIA AASIM vs. M.A. SMELOSKY** |
| **USDC No.:** | **1:08–CV–01035–GSA** |

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
July 29, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

    Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

          Very truly yours,

**July 29, 2008**        /s/ **M. Verduzco**
          _____
          Deputy Clerk

**RECEIVED BY:** _____
          Please Print Name

**DATE RECEIVED:** _____

**NEW CASE**
**NUMBER:** _____

1

2

3    I hereby attest and certify on 7/29/08
     that the foregoing document is a full, true
     and correct copy of the original on file in my
4    office and in my legal custody.
            VICTORIA C. MINOR
5        CLERK, U.S. DISTRICT COURT
       EASTERN DISTRICT OF CALIFORNIA
6    By_____Deputy

7

8

9            UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12   AASIM NIA,                        1:08-CV-01035 GSA HC

13           Petitioner,

14       vs.                           ORDER OF TRANSFER

15
     M. A. SMELOSKY,
16
             Respondent.
17
     _____/
18
         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
19
     corpus pursuant to 28 U.S.C. § 2254.
20
         The federal venue statute requires that a civil action, other than one based on diversity
21
     jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
22
     defendants reside in the same state, (2) a judicial district in which a substantial part of the events
23
     or omissions giving rise to the claim occurred, or a substantial part of the property that is the
24
     subject of the action is situated, or (3) a judicial district in which any defendant may be found, if
25
     there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
26

                                        1

1    In this case, Petitioner is challenging the loss of times credits as a result of a prison

2  disciplinary hearing. Where "the petition is directed to the manner in which a sentence is being

3  executed, e.g., if it involves parole or time credits claims, the district of confinement is the

4  preferable forum." Meador v. Cal. Dept. of Corr., 2003 WL 21910917 *1 (N.D.Cal.), *citing*

5  Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.1989); Braden v. 30th Judicial Circuit Court, 410

6  U.S. 484, 497 (1973); In re Phelon, 2002 WL 31618536, *1 (N.D. Cal.); Thomas v. Hepburn,

7  2001 WL 505916, *1 (N.D.Cal.); McKnight v. Forman, 1997 WL 50267, *1 (N.D. Cal.).

8  Petitioner is incarcerated at Centinela State Prison in Imperial, California, which is within the

9  jurisdictional boundaries of the Southern District of California. See 28 U.S.C. § 84(b). Therefore,

10  in the interest of justice the petition will be transferred to the United States District Court for the

11  Southern District of California. 28 U.S.C. §§ 1404(a) and 2241(d).

12    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

13  States District Court for the Southern District of California.

14    IT IS SO ORDERED.

15    Dated:    **July 28, 2008**    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

CLOSED, HABEAS

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01035-GSA
## Internal Use Only

(HC) Aasim v. Smelosky
Assigned to: Magistrate Judge Gary S. Austin
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/23/2008
Date Terminated: 07/29/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Nia Aasim**                     represented by     **Nia Aasim**
                                                     T-80306
                                                     Centinela State Prison
                                                     P.O. Box 931
                                                     Imperial, CA 92251
                                                     PRO SE

I hereby attest and certify on 7/29/08
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____Deputy

**V.**

**Respondent**

**M.A. Smelosky**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2008 | 1 | PETITION for WRIT of HABEAS CORPUS by Nia Aasim.(Gil-Garcia, A) (Entered: 07/23/2008) |
| 07/21/2008 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Nia Aasim. (Gil-Garcia, A) (Entered: 07/23/2008) |
| 07/23/2008 |  | (Court only) ***STAFF NOTES:Case Screened, order granting IFP 2 submitted to GSA/cd. (Gil-Garcia, A) (Entered: 07/23/2008) |
| 07/23/2008 | 3 | PRISONER NEW CASE DOCUMENTS ISSUED, Consent Deadline set for 8/25/2008 (Attachments: # 1 Order re Consent) (Gil-Garcia, A) (Entered: 07/23/2008) |
| 07/23/2008 |  | SERVICE BY MAIL: 3 Prisoner New Case Documents for Magistrate Judge as Presider served on Nia Aasim (Gil-Garcia, A) (Entered: 07/23/2008) |
| 07/29/2008 | 4 | ORDER, CASE TRANSFERRED to Southern District of CA signed by |

| | | Magistrate Judge Gary S. Austin on 7/28/08. Original file, Certified Copy of Transfer Order, and Docket Sheet sent. CASE CLOSED.(Verduzco, M) (Entered: 07/29/2008) |
|---|---|---|
| 07/29/2008 | ⊕ 5 | TRANSMITTAL of DOCUMENTS on *7/29/2008* to * Clerk, USDC* *Southern District of CA* *880 Front Street* *San Diego, CA 92101-8900*. *Electronic Documents: 1 to 4. *. (Verduzco, M) (Entered: 07/29/2008) |
| 07/29/2008 | ⊕ | SERVICE BY MAIL: 4 Transfer Order served on Nia Aasim. (Verduzco, M) (Entered: 07/29/2008) |
| 07/29/2008 | ⊕ | (Court only) ***MOTIONS TERMINATED: 2 Motion to Proceed in Forma Pauperis. (Verduzco, M) (Entered: 07/29/2008) |

CLOSED, HABEAS

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01035-GSA

| | |
|---|---|
| (HC) Aasim v. Smelosky | Date Filed: 07/23/2008 |
| Assigned to: Magistrate Judge Gary S. Austin | Date Terminated: 07/29/2008 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Nia Aasim**                                    represented by     **Nia Aasim**
T-80306
Centinela State Prison
P.O. Box 931
Imperial, CA 92251
PRO SE

V.

**Respondent**

**M.A. Smelosky**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2008 | 1 | PETITION for WRIT of HABEAS CORPUS by Nia Aasim.(Gil-Garcia, A) (Entered: 07/23/2008) |
| 07/21/2008 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Nia Aasim. (Gil-Garcia, A) (Entered: 07/23/2008) |
| 07/23/2008 | 3 | PRISONER NEW CASE DOCUMENTS ISSUED, Consent Deadline set for 8/25/2008 (Attachments: # 1 Order re Consent) (Gil-Garcia, A) (Entered: 07/23/2008) |
| 07/23/2008 | | SERVICE BY MAIL: 3 Prisoner New Case Documents for Magistrate Judge as Presider served on Nia Aasim (Gil-Garcia, A) (Entered: 07/23/2008) |
| 07/29/2008 | 4 | ORDER, CASE TRANSFERRED to Southern District of CA signed by Magistrate Judge Gary S. Austin on 7/28/08. Original file, Certified Copy of Transfer Order, and Docket Sheet sent. CASE CLOSED.(Verduzco, M) (Entered: 07/29/2008) |
| 07/29/2008 | 5 | TRANSMITTAL of DOCUMENTS on *7/29/2008* to * Clerk, USDC* *Southern District of CA* *880 Front Street* *San Diego, CA 92101-8900*. *Electronic Documents: 1 to 4. *. (Verduzco, M) (Entered: 07/29/2008) |

| 07/29/2008 | | SERVICE BY MAIL: 4 Transfer Order served on Nia Aasim. (Verduzco, M) (Entered: 07/29/2008) |
|---|---|---|
| 07/31/2008 | 6 | CONSENT to JURISDICTION by US MAGISTRATE JUDGE by Nia Aasim. (Verduzco, M) (Entered: 08/01/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/18/2008 13:56:02 | | |
| **PACER Login:** | ud0077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-01035-GSA |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

AO 241    (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

FILED

JUL 21 2008

| **United States District Court** | District  Eastern District | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |
|---|---|---|
| Name   Aasim Nia | Prisoner No.  T80306 | Case No.  BY     DEPUTY |

| Place of Confinement   Centinela State Prison |
|---|

P.O. Box 931
Imperial, CA. 92251

1 08 CV 0 1 0 3 5   GSA HC

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner)  M. A. Smelosky |
|---|---|
|  Aasim Nia | V. |

| The Attorney General of the State of:  California |
|---|

## PETITION

1.  Name and location of court which entered the judgment of conviction under attack   The issue under

attack is a improper prison disciplinary hearing.

2.  Date of judgment of conviction  N/A   11/21/06

3.  Length of sentence N/A   Lost thirty days of good time credit.

4.  Nature of offense involved (all counts)  Prison Rule Violation 3041(a) specific act

committed refusing to work.

5.  What was your plea?  (Check one)
    (a) Not guilty          ☒X
    (b) Guilty          . ☐
    (c) Nolo contendere    . ☐
    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

    N/A

6.  If you pleaded not guilty, what kind of trial did you have?  (Check one)   N/A
    (a) Jury          ☐
    (b) Judge only          ☐

7.  Did you testify at the trial?  N/A
    Yes  ☐  No  ☐

8.  Did you appeal from the judgment of conviction?
    Yes  ☒X  No  ☐

(2)

AO 241    (Rev. 5/85)

9.   If you did appeal, answer the following:

(a) Name of court  Superior Court of California County of Kings

(b) Result  Petition was denied

(c) Date of result and citation, if known  October 24, 2007

(d) Grounds raised  14 Amendment U.S. Constitutional due process violations

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court  Court of Appeal of the State of California

(2) Result  Petition was denied

(3) Date of result and citation, if known  January 11, 2008

(4) Grounds raised  14 Amendment U.S. Constitutional due process violations

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court  N/A

(2) Result  N/A

(3) Date of result and citation, if known  N/A

(4) Grounds raised  N/A

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes  ☐    No  ☒X

11.  If your answer to 10 was "yes," give the following information:

(a) (1) Name of court  N/A

(2) Nature of proceeding  N/A

(3) Grounds raised  N/A

(3)

AO 241   (Rev. 5/85)

_____

_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
Yes  ☐   No  ☒

(5)  Result N/A _____

(6)  Date of result  N/A _____

(b)  As to any second petition, application or motion give the same information:

(1)  Name of court  N/A _____

(2)  Name of proceeding  N/A _____

(3)  Grounds raised  N/A _____

_____

_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
Yes  ☐   No  ☒

(5)  Result N/A _____

(6)  Date of result  N/A _____

(c)  Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1)  First petition, etc.          Yes  ☒     No  ☐
(2)  Second petition, etc.      Yes  ☒     No  ☐

(d)  If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A _____

_____

_____

12.   State *concisely* every ground on which you claim that you are being held unlawfully.  Summarize *briefly* the *facts* supporting each ground.  If necessary, you may attach pages stating additional grounds and *facts* supporting same.
       CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court.  If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241    (Rev. 5/85)

   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.
   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Petitioner was denied his 14 Amendment U.S. Constitutional Right to due process of law. To call witnesses.

   Supporting FACTS (state *briefly* without citing cases or law): Petitioner requested to call Correctional Supervisor Cook Earnshaw, inmate Reed, and inmate Carrie as witnesses at his disciplinary hearing and was denied without a penalogical justification.

B. Ground two: Petitioner was denied his 14 Amendment U.S. Constitutional Right to due process of law, to question a witness at his disciplinary hearing.

   Supporting FACTS (state *briefly* without citing cases or law): Petitioner requested to ask questions to the reporting employee, and petitioner request was denied by the senior hearing official.

AO 241    (Rev. 5/85)

C.  Ground three: Petitioner was denied his 14 Amendment U.S. Constitutional Right to due process of law, to have the disciplinary decision base upon a complete record.

Supporting FACTS (state *briefly* without citing cases or law):  Petitioner requested to call C/O J. Campbell as a witness at his disciplinary hearing. Petitioner's request was granted. However, C/O J. Campbell statement was never included in the fact finding portion of the disciplinary hearing, nor was their any indication that C/O J. Campbell was present at petitioner's disciplinary hearing.

D.  Ground four: Petitioner was denied his 14 Amendment U.S. Constitutional Right to due process of law, to be heard by a fair and impartial decision maker.

Supporting FACTS (state *briefly* without citing cases or law):  The Senior Hearing Official recieved independent knowledge of the incident in question due to the fact the Senior Hearing Official reported to 3A dinnig hall on the day in question. Also the Senior Hearing Official was the Senior Hearing Official in the other five inmates disciplinary hearing who was accused violating the same rule at the same date, time, and location.

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: N/A

14.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐    No ☒X

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a)  At preliminary hearing  N/A

(b)  At arraignment and plea  N/A

**Ground five:** Petitioner was denied his 14 Amendment U.S. Constitutional Right to due process of law, to be found guilty by a preponderance of evidence.

**Supporting facts:** Petitioner was found guilty of refussal to work. In reviewing the evidence in the light most favorable to the respondent, their isn't any evidence sufficient enough to support a guilty finding.

AO 241    (Rev. 5/85)

(c)  At trial    N/A

(d)  At sentencing    N/A

(e)  On appeal    N/A

(f)  In any post-conviction proceeding    N/A

(g)  On appeal from any adverse ruling in a post-conviction proceeding    N/A

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes   ☒   No   ☐

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes   ☐   No   ☒
(a)  If so, give name and location of court which imposed sentence to be served in the future: N/A

(b)  Give date and length of the above sentence:    N/A

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes   ☐   No   ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

July 14, 2008
_____
Date

_____
Signature of Petitioner

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Sacramento Clerk's Office                                        Fresno Clerk's Office
501 "I" Street , Suite 4−200                          2500 Tulare Street , Suite 1501
Sacramento, CA 95814                                Fresno, CA 93721
916−930−4000                                       559−499−5600

**July 23, 2008**

**Case Number:  1:08−CV−01035−GSA**

_____

**Case Title:**  **NIA AASIM,**                  vs.  **M.A. SMELOSKY,**

**Dear Litigant,**

You are hereby notified that the above case number has been assigned to your action.   You are to include it on all correspondence (e.g., letters, filings, and inquiries) sent to the court. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

**Office of the Clerk**
**United States District Court**
**Eastern District of California**
**2500 Tulare Street , Suite 1501**
**Fresno, CA 93721**

For timely processing of your filings or correspondence, please comply with our Local Rules of Court, in particular:

**Local Rule 5−133 (modified)** You are **not** required to send this court an original plus one copy of all documents submitted for filing (e.g., pleadings, motions, correspondence, etc.).   You are **only** required to send this court the original for filing.  **No** extra copies are required.  **However,** if you desire to receive a conformed copy for your records, you must send the original **plus** one (1) copy **and** a pre−addressed postage−paid envelope for us to return your copy to you.

**Local Rules 30−250, 33−250, 34−250 and 36−250** Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 5−135** Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submitted to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service.  A sample proof of service is attached.

**Local Rule 7-130 (modified)** Documents submitted to this court may be either typewritten **or** handwritten but **must** be legible, and writing shall be on one (1) side of the page **only**.

**Local Rule 7-132** Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page.

**Local Rules 83-182** Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address by filing separate notice; absent such notice, service at prior address shall be fully effective. A sample Notice of Change of Address form is attached.

**Other Provisions:**
 A complete copy of the Local Rules should be available in the prison library.  We do not provide individual copies to litigants.

**Request for Case Status** The court will notify you as soon as any action is taken in your case.  Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive **all** court decisions which might affect the status of your case.

**Copy Work** The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from the Attorney's Diversified Service (ADS) by writing to them at: 741 N. Fulton Street, Fresno CA 93728, or by phoning 800-842-2695. The court will provide copies of docket sheets at $0.50 per page.  Note: In Forma Pauperis status does not include the cost of copies.

**Proposed Orders** Parties are not required to submit a proposed order when filing a motion. If a proposed order is submitted, the court may disregard the order and prepare its own order.

 As noted, the requirements set forth in Local Rule 5-135 and 7-130 have been modified in this letter. These modifications apply to civil rights and habeas cases filed in the Fresno Division of the Eastern District of California by prisoners proceeding pro se (without counsel).

> Victoria C. Minor
> Clerk of Court
> United States District Court
>
> by:  /s/  A. Gil-Garcia
>
> **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

_____

v.                                                    **Case Number:**

_____

                                                      **PROOF OF SERVICE**

_____ /

   **I hereby certify that on** _____, **I served a copy**

**of the attached** _____,

**by placing a copy in a postage paid envelope addressed to the person(s) hereinafter**

**listed, by depositing said envelope in the United States Mail at**

_____:

**(List Name and Address of Each**
**Defendant or Attorney Served)**

   **I declare under penalty of perjury that the foregoing is true and correct.**

_____

**(Signature of Person Completing Service)**

**Name:**_____

**I.D. #:**_____

**Address** _____

_____

_____


## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA


_____
(Plaintiff/Petitioner)

v.                                          **Case Number:**

_____
(Defendant(s)/Respondent)

                                           **NOTICE OF CHANGE**
                                           **OF ADDRESS**

_____ /

  **PLEASE TAKE NOTICE THAT (print name)**   _____

hereby submits a notice of change of address in the above – entitled case as follows:


  **OLD ADDRESS:**   _____

                    _____


  **NEW ADDRESS:**   _____

                    _____

DATED: _____        _____
                                      **Signature of Plaintiff/Petitioner**

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS FORM IN EACH OF YOUR OPEN CASES**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NIA AASIM,                                              Case No.  1:08−CV−01035−GSA
Plaintiff(s)/Petitioner(s),

                                                              ORDER RE CONSENT
vs.                                                      OR REQUEST FOR REASSIGNMENT

M.A. SMELOSKY,
Defendant(s)/Respondents(s).

        This case was randomly assigned to Magistrate Judge Gary S. Austin. Without the written consent of the parties presently
appearing pursuant to 28 U.S.C Sec. 636(c), a magistrate judge cannot conduct all proceedings and enter judgment in this case with direct
review by the Ninth Circuit Court of Appeals, in the event an appeal is filed. If a party declines to consent and the case is assigned to
a district judge, the assigned magistrate judge shall continue to perform all duties as required by Eastern District Local Rule 72−302.

        Accordingly, within 30 days, the parties shall complete and return this form to the court.

IT IS SO ORDERED.

Dated: _____7/23/08_____          _____/s/ − Gary S. Austin_____
                                                      United States Magistrate Judge

IMPORTANT: You must check and sign only one section of this form and return it to the clerk's office within 30 days. The complaint/petition
will not be reviewed by the court until plaintiff/petitioner has signed and returned this form. Note: This form must be completed and returned
regardless of the choice exercised by any other party.

☐    *CONSENT* TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

    Date: _____          Signature: _____

                                          Print Name: _____
                                          ( ) Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

☐    *DECLINE* OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE AND
        REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

The undersigned declines to consent to the United States Magistrate Judge assigned to this case and requests random assignment to a
United States District Judge.

    Date: _____          Signature: _____

                                          Print Name: _____
                                          ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

*If counsel of record, list name of each party responding: _____
_____

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

NIA AASIM,                                         Case No.   1:08-CV-01035-GSA

Plaintiff(s)/Petitioner(s),

ORDER RE CONSENT **FILED**

OR REQUEST FOR REASSIGNMENT

VS.

**JUL 31 2008**

M.A. SMELOSKY,

Defendant(s)/Respondents(s).

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

This case was randomly assigned to Magistrate Judge Gary S. Austin. Without the written consent of the parties presently appearing pursuant to 28 U.S.C Sec. 636(c), a magistrate judge cannot conduct all proceedings and enter judgment in this case with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed. If a party declines to consent and the case is assigned to a district judge, the assigned magistrate judge shall continue to perform all duties as required by Eastern District Local Rule 72-302.

Accordingly, within 30 days, the parties shall complete and return this form to the court.

IT IS SO ORDERED.

Dated:          7/23/08                          /s/  –  Gary S. Austin
                                                 United States Magistrate Judge

---

**IMPORTANT:** You must check and sign only one section of this form and return it to the Clerk's Office within 30 days. The complaint/petition will not be reviewed by the court until plaintiff/petitioner has signed and returned this form. Note: This form must be completed and returned regardless of the choice exercised by any other party.

---

### CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: **7/27/08**                     Signature: _Aasim Nia_

                                      Print Name:  AASIM NIA

                                      (X) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

---

### DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE AND
### REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

The undersigned declines to consent to the United States Magistrate Judge assigned to this case and requests random assignment to a United States District Judge.

Date: _____            Signature: _____

                                      Print Name: _____
                                      ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

---

*If counsel of record, list name of each party responding: _____

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Aasim Nia

**DEFENDANTS**

Smelosky, et al

**FILED**

JUL 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Imperial
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Aasim Nia
PO Box 931
Imperial, CA 92251
T-80306

ATTORNEYS (IF KNOWN)

'08 CV 1506 W JMA

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)** FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☐ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☒ 5 Transferred from another district (specify) EASTERN CA    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN**
**COMPLAINT:**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $_____    Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE _____    Docket Number _____

DATE    7/31/2008    SIGNATURE OF ATTORNEY OF RECORD

R. Nelly