Plaintiff's Name: Aasim Nia
CDC No: T80306
Address: P.O. Box 931
Imperial, CA. 92251

FILED JUL 21 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ____ DEPUTY CLERK

FILED JUL 31 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AASIM NIA | ) | APPLICATION TO PROCEED |
| | ) | IN FORMA PAUPERIS |
| Plaintiff, | ) | BY A PRISONER |
| vs. | ) | 08 CV 1506 W JMA |
| M.A. Smelosky | ) | CASE NUMBER: |
| Defendant(s). | ) | 1:08-CV-01035-GSA-HC |

I, AASIM NIA, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? XX Yes  __ No  (If "no" DO NOT USE THIS FORM)

   If "yes" state the place of your incarceration. CENTINELA STATE PRISON

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)?  __ Yes   XX No

   a. If the answer is "yes" state the amount of your pay. N/A

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. 3A dinning hall at Corcoran State Prison, P.O. Box 3461, Corcoran, CA. 93212, last date employed, November 6, 2006, take home around $20.00 dollars a month.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:   __ Yes   XX No

   b. Rent payments, interest or dividends:   __ Yes   XX No

   c. Pensions, annuities or life insurance payments:   __ Yes   XX No

   d. Disability or workers compensation payments:   __ Yes   XX No

1

    e..    Gifts or inheritances:    __ Yes    XX No

    f.    Any other sources:    __ Yes    XX No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)?  __ Yes  XX No

    If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  __ Yes  XX No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?  __ Yes  XX No

    If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.  NONE

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

July 14, 2008  
DATE

_Aaron Mia_  
SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __0__ on account to his/her credit at CORCORAN/CENTINELA (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ __0__. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ __0__.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

7/16/08  
DATE

_[signature]_  
SIGNATURE OF AUTHORIZED OFFICER

(Revised 6/01/04)

```
REPORT ID: TS3030  .701                                    REPORT DATE: 07/15/08
                                                                PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CENTINELA STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: MAR. 01, 2008 THRU JUL. 15, 2008

ACCOUNT NUMBER : T80306                    BED/CELL NUMBER: FDB2T1000000139L
ACCOUNT NAME   : NIA, AASIM                      ACCOUNT TYPE: I
PRIVILEGE GROUP: B              TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          CURRENT HOLDS IN EFFECT

  DATE     HOLD
  PLACED   CODE     DESCRIPTION              COMMENT         HOLD AMOUNT
  ------   ----     -----------              -------         -----------
07/15/2008  H118   LEGAL COPIES HOLD       0339 07/14              2.10
07/15/2008  H118   LEGAL COPIES HOLD       0339 07/14              0.20
07/15/2008  H109   LEGAL POSTAGE HOLD      0341 07/14              0.15

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/15/03                    CASE NUMBER: RIF095715
COUNTY CODE: RIV                            FINE AMOUNT: $   10,000.00

 DATE    TRANS.  DESCRIPTION                   TRANS. AMT.       BALANCE
 ----    ------  -----------                   -----------       -------
03/01/2008      BEGINNING BALANCE                                9,887.50
03/11/08  SU01  SYS TRNSF - POS                    42.35-        9,845.15

 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                          TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL        TOTAL         CURRENT    HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS     WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
 ---------    --------     -----------   -------    -------    ------------
     0.00        0.00         0.00         0.00       2.45          0.00

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         ---------
                                                             2.45-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE

```
REPORT ID: TS3030  .701                           REPORT DATE: 07/15/08
                                                  PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: DEC. 01, 2007 THRU JUL. 15, 2008

ACCOUNT NUMBER : T80306              BED/CELL NUMBER:
ACCOUNT NAME   : NIA, AASIM             ACCOUNT TYPE: T
PRIVILEGE GROUP:
                       TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                       TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS        TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS    BALANCE      BALANCE       TO BE POSTED
---------   -----------   -----------   ----------   ---------    ---------------
  0.00         0.00          0.00         0.00         0.00            0.00

                                          CURRENT
                                         AVAILABLE
                                          BALANCE
                                        -----------
                                            0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: [signature]
TRUST OFFICE

TOTAL P.02