Mr. Aasim Nia T80306
Centinela State Prison
P.O. Box 931
Imperial, CA. 92251



UNITED STATES DISTRICT COURT
Southern District of California
Attn: Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA. 92101-8900

Civil No. 08-1506 W (JMA)

Dear Clerk of the Court,

    This letter is to inform you that I received the following documents: **NOTICE REGARDING POSSIBLE FAILURE TO EXHAUST AND ONE YEAR STATUTE OF LIMITATIONS; ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; ORDER REQUIRING RESPONSE TO PETITION (28 U.S.C. § 2254).** And on all the above mentioned documents, the case caption was incorrect. My first name is Aasim and my last name is Nia. On the above mentioned documents, it has my first name as my last name, and my last name as my first name.

    This letter is not for the purpose of harassment, undue delay, or for any other inappropriate ground.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, of 2008.

                                                  *Aasim Nia*
                                                Aasim Nia

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Aasim Nia, declare:

I am over 18 years of age and a party to this action. I am a resident of Centinela State Prison, in the county of Imperial, State of California. My prison address is: P.O. Box 931, Imperial, CA 92251.

On September 1, of 2008
(DATE)

I served the attached: A letter informing the Clerk of the Court for the Southern District of California, that the case captions were incorrect.
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Attorney General's Office
P.O. Box 944255
Sacramento, CA 94244-2550

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/1/08
(DATE)

_Aasim Nia_
(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-